UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 10-13687 GMB

Debtor: Raymond & Julia Jones

| Check Number | Creditor | Amount |
|---|---|---|
| 1834557 | Wells Fargo Bank, N.A. | 1446.34 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  February 11, 2014